IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00361-WYD-KLM

THE FAIRPOINT COMMUNICATIONS, INC., ET AL., Litigation Trust,

    Plaintiff,

v.

VERIZON COMMUNICATIONS, INC.,
NYNEX CORPORATION,
VERIZON NEW ENGLAND, INC., and
VERIZON INFORMATION TECHNOLOGIES, L.L.C.,

    Defendants.
_____

**ORDER AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Motion to Compel Production of Documents Requested by Subpoena** [Docket No. 2; Filed February 8, 2013] (the "Motion"), filed against Slalom, LLC ("Slalom"), a non-party.  The Motion was referred to this Court for recommendation on February 8, 2013.

    On March 7, 2013, Defendants filed a Notice of Withdrawal of Motion to Compel Production of Documents Requested by Subpoena [#5].  Defendants assert that the issues in the Motion have been resolved.  Because this action was opened upon the filing of the Motion, withdrawal of the Motion necessarily results in the termination of this action.  Accordingly,

    IT IS RESPECTFULLY RECOMMENDED that the Motion [#2] be **WITHDRAWN** and that this action be **DISMISSED**.

    IT IS HEREBY **ORDERED** that pursuant to Fed. R. Civ. P. 72, the parties shall have

fourteen (14) days after service of this Recommendation to serve and file any written objections in order to obtain reconsideration by the District Judge to whom this case is assigned.  A party's failure to serve and file specific, written objections waives de novo review of the Recommendation by the District Judge, Fed. R. Civ. P. 72(b); *Thomas v. Arn*, 474 U.S. 140, 147-48 (1985), and also waives appellate review of both factual and legal questions. *Makin v. Colo. Dep't of Corr.*, 183 F.3d 1205, 1210 (10th Cir. 1999); *Talley v. Hesse*, 91 F.3d 1411, 1412-13 (10th Cir. 1996).  A party's objections to this Recommendation must be both timely and specific to preserve an issue for de novo review by the District Court or for appellate review.  *United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996).

Dated:  March 25, 2013

BY THE COURT:

*[signature]*

Kristen L. Mix
United States Magistrate Judge